CLIFTON PARK AFFILIATES, INC., Respondent, v. JAMES S. HOWARD, JR., et al., Appellants.—

Herlihy, P. J., Reynolds, Greenblott, Sweeney and Simons, JJ., concur.